IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD THOMPSON AND JUDY THOMPSON, | ) ) ) |
| Plaintiffs, | ) 2:09-cv-02181-GEB-EFB ) |
| v. | ) ORDER DENYING DEFENDANTS' ) MOTION TO STAY[*] |
| ACTAVIS TOTOWA, LLC, ACTAVIS, INC., ACTAVIS US, MYLAND, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS, INC., UDL LABORATORIES, INC., and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Defendants' motion to stay filed on August 7, 2009, is unsupported by a showing justifying a stay. Therefore, it is denied.

Dated: September 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1